IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL MICHAEL MCDONALD, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> LEONARD ODDO, *et al.*, ) <br> ) <br> *Respondents*. ) | Case No. 3:24-cv-00268 <br><br> District Judge Stephanie L. Haines <br> Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

Petitioner Samuel Michael McDonald ("Petitioner") has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, challenging the legality of his continued immigration detention by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and seeking an order directing his immediate release from detention or a bond hearing before the Immigration Judge. ECF No. 4. However, since the filing of his Petition, Petitioner has been released on bond and is no longer in ICE custody. *See* ECF No. 14-1 (Order of Immigration Judge dated March 12, 2025). In light of this action and Petitioner's requested relief, the Petition will be dismissed as moot. *See, e.g., Cohen Ma v. Hunt*, 372 F. App'x 850, 852 (3d Cir. 2010) (citing *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006)). An appropriate Order follows.

AND NOW, this 28th day of April, 2025, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 4, is DISMISSED as moot. The Clerk of Court is directed to mark this case CLOSED.

                                                              Stephanie L. Haines
                                                              United States District Judge

Cc:    Samuel Michael McDonald
         A-042658405
         Moshannon Valley Processing Center
         555 Geo Drive
         Philipsburg, PA  16866

         Counsel for Respondents
         (Via CM/ECF electronic mail)